

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,897-01

### IN RE EUGENE ANDRE PRIGGETT JR, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 05-04-03204-CR & 06-06-05488-CR
### IN THE 9th DISTRICT COURT FROM MONTGOMERY COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed applications for writs of habeas corpus in the 9th District Court of Montgomery County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court. Relator contends that the district court entered orders designating issues in both cause numbers in 2014.

Respondent, the Judge of the 9th District Court of Montgomery County, shall file a response with this Court by having the District Clerk submit the record on such habeas corpus application. In the alternative, Respondent may resolve the issues set out in the orders designating issues and then have the District Clerk submit the record on such application. In either case, Respondent's answer

shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted his response.

Filed: December 7, 2016
Do not publish